# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of

Case Number: 1:22-CV-01264-BAH

Plaintiff: **GlycoBioSciences Inc ( a Canadian Company)**
vs.
Defendant: **VICHY LABORATORIES, SA, L'OREAL, SA**

JPS2022001705

For: KEVIN DRIZEN

Received by Judicial Process and Support, Inc. on the 18th day of May, 2022 at 10:46 am to be served on L'OREAL S.A. BY SERVING ROY P. DIAZ, PHD, JD OR ANY ANY EMPLOYEE, 111 TERMINAL AVENUE, CLARK, NJ 07066. I, _Raymond K. Dash_, do hereby affirm that on the _19th_ day of _May_, 20_22_ at _2:48_ p.m., executed service by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, COMPLAINT FOR PATENT INFRINGEMENT AND CERTIFICATE RULE LC VR 26.1** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) SUBSTITUTE SERVICE: By serving _William Daddolato_ as _Director of Facility_.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I acknowlede that I am certified/appointed in good standing in the judicial circuit wherein this process was served, have no interest in the above action and that I am over the age of Eighteen (18). Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

_Raymond K. Dash_

PROCESS SERVER # _N/A_
Appointed in accordance with State Statutes

Judicial Process and Support, Inc.
19 West Flagler Street
Suite 610
Miami, FL 33130
(305) 347-3353

Our Job Serial Number: 2022001705

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2b